**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA
In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Travis Phillips and Elease Hickson, Defendants,

Of whom Travis Phillips is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2022-001540

———————————

Appeal From Florence County
FitzLee H. McEachin, Family Court Judge

———————————

Unpublished Opinion No. 2023-UP-131
Submitted March 20, 2023 – Filed March 29, 2023

———————————

**AFFIRMED**

———————————

Nancy Carol Fennell, of Irmo, for Appellant.

Taylor Jule Yarnal, of South Carolina Department of
Social Services, of Florence, for Respondent.

Stuart Wesley Snow, Jr., of Snow & Bailey Law Firm, P.A., of Florence, for the Guardian ad Litem.

—————

**PER CURIAM:** Travis Phillips appeals the family court's final order removing his minor child from his custody and finding there was a substantial risk of physical abuse. *See* S.C. Code Ann. § 63-7-20(6)(a)(i) (Supp. 2022). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987),[1] we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Phillips's counsel.

**AFFIRMED.**[2]

**WILLIAMS, C.J., and GEATHERS and VERDIN, JJ., concur.**

---

[1] *See also S.C. Dep't of Soc. Servs. v. Downer*, S.C. Sup. Ct. Order dated Feb. 2, 2005 (expanding the *Cauthen* procedure to situations when "an indigent person appeals from an order imposing other measures short of termination of parental rights").

[2] We decide this case without argument pursuant to Rule 215, SCACR.